**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 06-5085-TJH(VBKx)** | Date | September 4, 2008 |
|---|---|---|---|

| Title | ***Health Net Inc., et al., v St. Francis Outpatient Surgery Center, et al.,*** |
|---|---|

| Present: The Honorable | TERRY J, HATTER, JR., UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES**
**in re hearing to dismiss action for lack of prosecution (Local Rule 41-1)**

Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceedings having been taken may be dismissed without prejudice by the court.

YOU ARE HEREBY NOTIFIED that this action has been placed on calendar before the Honorable TERRY J. HATTER, JR., in Courtroom No. 17 in the U. S. Courthouse on Spring Street, for an Order  to show cause re: dismissal for lack of prosecution pursuant to Local Rule 41-1 to be heard on ***September 29, 2008 at 10:00 a.m.***

YOU ARE FURTHER NOTIFIED that a written response why the action should not be dismissed must be filed no later than **September 22, 2008.**

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently.

**IT IS SO ORDERED.**

cc: all parties

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS