# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5085-TJH (VBKx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | *Health Net, Inc., et al. v. St. Francis Outpatient Surgery Center, et al.* | | |

| Present: The Honorable | TERRY J. HATTER, JR., United States District Court Judge |
|---|---|
| Joseph Remigio | None Present |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS)
**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

This Order is issued pursuant to FRCP 4(m), which requires that plaintiff(s) serve the summons and complaint upon all defendants within 120 days after filing the complaint. The Court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. On August 5, 2009, the Court vacated its order of June 30, 2009 [39] dismissing this action. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **March 15, 2010**, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **Proof of service of the Summons and Complaint on the following defendants**:
  Inland Orange Medical Mangement     Sorrento Equities
  Tam Vu Pham                          Daniel Romanello
  Huong Thien Ngo                      Rosalinda Landon
  Mitchell Ruben                       Gordon C. Merrick

| | : | 00 |
|---|---|---|
| | Initials of Preparer: | JRE |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5085-TJH (VBKx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | *Health Net, Inc., et al. v. St. Francis Outpatient Surgery Center, et al.* | | |

   No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | : | 00 |
|---|---|---|
| Initials of Preparer: | JRE | |